# CRIMINAL COMPLAINT
### (Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** <br> v. <br> **Braulio Arturo VILLEGAS-LOPEZ** <br> DOB: 2001; United States Citizen <br> **Juan Carlos QUINTERO CRUZ** <br> DOB: 2000; United States Citizen <br> **Ivan Alberto MIRANDA** <br> DOB: 2000; United States Citizen | DOCKET NO. <br><br> MAGISTRATE'S CASE NO. <br><br> **23-02918MJ** |

Complaint for violation of Title 18, United States Code, § 554(a) and 2

On or about March 13, 2023, in the District of Arizona, **Braulio Arturo VILLEGAS-LOPEZ, Juan Carlos QUINTERO CRUZ, and Ivan Alberto MIRANDA** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: two (2) AK-47 rifles, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a) and 2.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 13, 2023, **Braulio Arturo VILLEGAS-LOPEZ, Juan Carlos QUINTERO CRUZ, and Ivan Alberto MIRANDA** were observed in Naco, Arizona moving items from a white pickup truck into a Jeep Cherokee bearing Arizona license plate FMA8GC.  The Jeep, driven by **VILLEGAS-LOPEZ** along with passengers **CRUZ** and **MIRANDA** then proceeded to the Naco, Arizona Port of Entry in Naco, Arizona.  The Jeep attempted to exit the United States to the Republic of Mexico through the Naco Port of Entry.  Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they saw the Jeep and instructed the driver **VILLEGAS-LOPEZ** to stop for inspection.  **VILLEGAS-LOPEZ** did not stop but attempted to flee to the Republic of Mexico nearly hitting CBPOs.  The vehicle was stopped, and the three occupants were removed from the vehicle.  In a subsequent inspection of the Jeep, CBPOs found two (2) AK-47 rifles concealed in the rear cargo area.

In a post-*Miranda* interview, **VILLEGAS-LOPEZ** admitted to attempting to cross the firearms to Mexico for payment of $1,500.  He also stated that he was contacted by **Quintero CRUZ** and **Ivan Alberto MIRANDA** one week prior and they told him they had guns they intended to cross into Mexico.  **VILLEGAS-LOPEZ** stated that **CRUZ** and **MIRANDA** drove the white Silverado from Tucson, Arizona to Naco, Arizona earlier in the day with the firearms.  **VILLEGAS-LOPEZ** stated all three then moved the firearms from the white Silverado to the Jeep Cherokee before attempting to cross the Jeep into Mexico.  **VILLEGAS-LOPEZ** stated he knew smuggling weapons from the United States into Mexico is illegal.  He admitted he does not possess a license to export weapons.

The firearms found in the Jeep qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license.  **VILLEGAS-LOPEZ, CRUZ, and MIRANDA** do not possess a license to export weapons.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED <br> Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. <br><br> AUTHORIZED BY AUSA R. Arellano  *Raquel Arellano* (Digitally signed by RAQUEL ARELLANO, Date: 2023.03.14 09:48:33 -07'00') | SIGNATURE OF COMPLAINANT <br><br> RICARDO RAMIREZ JR (Digitally signed by RICARDO RAMIREZ JR, Date: 2023.03.14 10:08:27 -07'00') <br><br> OFFICIAL TITLE <br> HSI Task Force Officer Ricardo Ramirez, Jr. |
| **Sworn by telephone  _x_** | |
| SIGNATURE OF MAGISTRATE JUDGE[1]) <br> *Leslie A. Bowman* | DATE <br> March 14, 2023 |