GARY M. RESTAINO
United States Attorney
District of Arizona
SERRA M. TSETHLIKAI
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: serra.tsethlikai@usdoj.gov
Attorneys for Plaintiff

FILED
2023 MAR 22 PM 1:41
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR23-00397 TUC-SHR(EJM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

　　　　　Plaintiff,

　　vs.

1. Braulio Arturo Villegas-Lopez,
   (Count 1)
2. Juan Carlos Quintero Cruz,
   (Count 1)
3. Ivan Alberto Miranda,
   (Count 1)

　　　　　Defendants.

**INDICTMENT**

Violations:

18 U.S.C. §§ 554 and 2
(Attempted Smuggling of Goods from the United States and Aiding and Abetting)
Count 1

18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)
(Forfeiture Allegation)

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about March 13, 2023, in the District of Arizona, near Naco, the defendants, Braulio Arturo VILLEGAS-Lopez, Juan Carlos QUINTERO CRUZ, and Ivan Alberto MIRANDA, did fraudulently, knowingly and intentionally attempt to export and send from the United States, any merchandise, article, or object contrary to any law or regulations of the United States, and received, concealed, bought and in any manner facilitated the transportation and concealment of such merchandise, article or object, that is two (2) Pioneer Arms, Model 22F, AK-47-style firearms, knowing the same to be intended for exportation, contrary to any law or regulation of the United

States, to wit: Title 50, United States Code, Section 4819, Title 15, Code of Federal Regulations, Parts 736.2. 738, and 774.

All in violation of Title 18, United States Code, Sections 554(a) and 2.

## FORFEITURE ALLEGATION

Upon conviction of the Indictment, the defendants, Braulio Arturo VILLEGAS-Lopez, Juan Carlos QUINTERO CRUZ, and Ivan Alberto MIRANDA, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to two (2) Pioneer Arms, model 22F, AK-47 style firearms bearing serial numbers: PAC1187489 and PAC1189145.

If any of the property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendants.

////

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: March 22, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
SERRA M. TSETHLIKAI
Assistant U.S. Attorney

*United States of America v. Braulio Arturo Villegas-Lopez, et al*
*Indictment Page 3 of 3*